GELLER SCALLOPING & NOVELTY CO., INC., Respondent, v. DAVID F. ROSEN, Appellant.— Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

GELLER SCALLOPING & NOVELTY CO., INC., Respondent, v. DAVID F. ROSEN, Appellant.— Order unanimously modified by granting the motion to the extent of striking out the first and second complete defenses as defenses to defendant's first counterclaim (account stated), and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

GELLER SCALLOPING & NOVELTY CO., INC., Respondent, v. DAVID F. ROSEN, Appellant.— Order unanimously modified by granting the motion to the extent of vacating items 5 and 6 of the notice of examination, and as so modified affirmed, with $10 costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PLYMOUTH ESTATES, INC., Respondent, against JOSEPH LILLY et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants. [1158 Boynton Ave., Borough of Bronx.] — Order unanimously reversed, with $20 costs and disbursements to the appellants, and the assessments of the Tax Commission of the City of New York confirmed on the ground that the evidence supports the values fixed by the Tax Commission for the years involved. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

RUTH S. QUINN, Respondent-Appellant, v. THEODORE K. QUINN, Appellant-Respondent.— Order entered on or about June 27, 1945, so far as appealed from, unanimously reversed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

RUTH S. QUINN, Appellant-Respondent, v. THEODORE K. QUINN, Respondent-Appellant.— Appeals from order entered on or about September 25, 1945, unanimously dismissed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

FEHLHABER PILE CO., INC., Appellant-Respondent, v. CITY OF NEW YORK, Respondent-Appellant.— Judgment unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ.

In the Matter of FRANK S. HOGAN, as District Attorney of New York County, Appellant, against COURT OF GENERAL SESSIONS OF THE COUNTY OF NEW YORK, Respondent, and JACOB SHAPIRO, Intervener, Respondent.— Order affirmed. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ.; Callahan, J., dissents and votes to reverse and grant the motion. [185 Misc. 137.]

JOSEPH BAKSI, Appellant, v. HERMAN WALLMAN, Respondent, et al., Defendants.— Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ.

In the Matter of the Estate of CARRIE AHRENS, Deceased. ETHEL AHRENS, as General Guardian of JEROME M. AHRENS, JR., an Infant, Respondent; MORTIMER REGENSBURG et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ. [185 Misc. 427.] [See post, p. 1024.]

SOPHIE ROBINSON, Respondent, v. ATLANTIC & PACIFIC TEA CO., INC., Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the complaint. [184 Misc. 571.] [See post, p. 1024.]